UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br>Eleuterio Medina-Sanchez, et al<br>Defendant(s) | CRIMINAL NO. 08mj8367<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. 06962 98 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Javier Baeza-Hernandez

DATED: 5/15/08

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECIEVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk