UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 30 A 9:43

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 08mj8367 |
| Plaintiff | |
| vs. | ORDER |
| Eleuterio Medina-Sanchez | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 06626098 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Javier Baeza-Hernandez

DATED: 5/29/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ E. Flores
Deputy Clerk