```
                                        FILED
                                        MAY 29 2008
                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA
                                        BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate No.: 08MJ8367 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Motion & Order to Dismiss |
| Eleuterio MEDINA-Sanchez (1) ) | Material Witness Complaint Without Prejudice |
| Maria Flor GONZALEZ-Figueroa (2) ) | |
| Ana Maria SOTO-Esquivel (3) ) | |
| Javier BAEZA-Hernandez (4) ) | |
| Lizett MUNOZ (5) ) | |
| Valeria TORRES (6) ) | |
| Candido CRUZ-Martinez (7) ) | |
| Material Witnesses. ) | |

## MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U. S. Attorney, John F. Weis, and hereby moves to dismiss, without prejudice, the complaint against the above named material witnesses in the interest of justice for further investigation.

## ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled complaint Material Witness, Title 18 U.S.C. § 3144, filed on May 1, 2008, before U. S. Magistrate Judge Peter C. Lewis, be dismissed, without prejudice, as to the above named material witnesses.

IT IS FURTHER ORDERED that bond be exonerated, if bond posted or material witnesses be released, if in custody.

IT IS FURTHER ORDERED that any pending hearing dates be vacated as to the above named material witnesses.

DATED: 5-29-08

PETER C. LEWIS
U. S. MAGISTRATE JUDGE

Presented by:

KAREN P. HEWITT
United States Attorney

JOHN F. WEIS
Assistant U.S. Attorney